odsmcc1 (04/10)



In Re: **Van F. Moore**

United States Bankruptcy Court for the
District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

Case No.: **18−00122**
Chapter: **13**

### ORDER DISMISSING CASE
========================

The debtor having failed to respond to the court's 02/28/2018 Order to File Mailing Matrix or Show Cause Why Case Ought Not be Dismissed (Dkt. No. 7), it is hereby

ORDERED that the above captioned chapter **13** case (Case No. **18−00122** ) is DISMISSED without prejudice, and the case will be closed without a discharge having been entered.

Copies to: All entities on BNC mailing list.

_____

Dated:  3/9/18

For the Court: **Angela D. Caesar**

By:
sw